# MEMORANDUM DECISIONS.

[Criminal No. 147.]

JIM WILLS, Appellant, v. UNITED STATES OF AMERICA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. F. M. Doan, Judge.

E. J. Edwards, for Appellant.

Robert E. Morrison, U. S. District Attorney, for Respondent.

January 14, 1901. Dismissed.

[Civil No. 753.]

JESSE T. JONES, Plaintiff in Error, v. JOHN S. JONES et al., Defendants in Error, and JAMES G. MEGEATH, Intervener.

WRIT OF ERROR from the District Court of the Fourth Judicial District in and for the County of Yavapai. R. E. Sloan, Judge.

E. M. Sanford, and J. E. Morrison, for Plaintiff in Error.

Robert E. Morrison, for Defendants in Error.

John J. Hawkins, for Intervener.

January 16, 1901. Dismissed.

[Criminal No. 154.]

DAN SULLIVAN et al., Appellants, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. George R. Davis, Judge.

Charles Blenman, and W. M. Lovell, for Appellants.

C. F. Ainsworth, Attorney-General, for Respondent.

January 18, 1901. Dismissed for want of prosecution.